*Plaintiff(s) Counsel:*
David Kuttles, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-4044 **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| ANNIE B. SCHWARTZ, as Executrix of the Estate of WALTER C. SCHWARTZ and ANNIE B. SCHWARTZ, Individually, Plaintiff(s), v. PFIZER INC., ET AL., Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ANNIE B. SCHWARTZ, as Executrix of the Estate of

WALTER C. SCHWARTZ, and ANNIE B. SCHWARTZ, Individually, and Defendants,

by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure,

Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with

each side bearing its own attorneys' fees and costs.

DATED: March /6 , 2009        By:  _____

David Kuttles, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
123 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

*Counsel for Plaintiff(s).*


DATED: _____April 15____ , 2009     By:  _____

Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: _April 23, 2009_



Hon. Charles R. Breyer
United States District Court